# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER FRANK-DIGIOVANNI,** : | |
| : | |
| **Plaintiff** : | **CIVIL ACTION NO. 1:12-1605** |
| : | |
| v. : | |
| : | **(MANNION, D.J.)** |
| **CAROLYN W. COLVIN,** : | **(CARLSON, M.J.)** |
| **Acting Commissioner** : | |
| **of the Social Security** : | |
| **Administration,** : | |
| : | |
| **Defendant** : | |

## ORDER

For the reasons articulated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The court **ADOPTS in part** the report and recommendation, (Doc. 22);

(2) The plaintiff's appeal from the denial of disability benefits by the Social Security Administration, (Doc. 1), is **GRANTED**;

(3) The case is **REMANDED** to the Commissioner for further proceedings consistent with today's memorandum;

(4) The clerk is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: May 22, 2014**